IN THE MATTER OF CONTEMPT OF COUNSEL,
George Stephens, Steve Kirk, and Ralph Blagg

CR 96-799                                    942 S.W.2d 243

Supreme Court of Arkansas
Opinion delivered March 24, 1997

PER CURIAM. On March 12, 1997, the Honorable Jack Holt, Jr., was appointed the master to conduct the hearing in this contempt proceeding. It is necessary that a substitute master be appointed, and we hereby appoint the Honorable Jack Lessenberry to succeeed Justice Holt as the master in this proceeding.